JS-6

Peter J. Schulz, Esq., SBN 167646
pjs@gtlaw.cc
Scott A. Jalowiec, SBN 288570
saj@gtlaw.cc
GRECO TRAFICANTE SCHULZ & BRICK
600 West Broadway, Suite 960
San Diego, California 92101
Tel:   (619) 234-3660
Fax:  (619) 234-0626

Attorneys for Plaintiff
MT. HAWLEY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>        v.<br><br>WESTERN WORLD INSURANCE COMPANY, a New Hampshire corporation,<br><br>    Defendant. | Case No.: CV 16-2296-GW(AFMx)<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

Based upon the stipulation of dismissal signed and filed by MT. HAWLEY INSURANCE COMPANY and WESTERN WORLD INSURANCE COMPANY, representing all parties who have appeared in this action, the Court hereby dismisses this action, without prejudice, each party to bear its own fees and costs, pursuant to FRCP 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated:  December 9, 2016          By: _____/s/ George H. Wu_____
                                                           GEORGE H. WU, U.S. District Judge